MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
NICHOLAS L. HAMILTON, ESQ.
Nevada Bar No. 10893
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-Mail: medwards@messner.com
          nhamilton@messner.com

*Counsel for Defendant,*
*Benjamin Sriqui*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BALUMA S.A. d/b/a ENJOY PUNTA
DEL ESTE & CASINO,

                    Plaintiff,

v.

BENJAMIN SRIQUI,

                    Defendant.

Case No.:  2:20-cv-01424-JAD-EJY

**STIPULATION AND            ORDER
TO ENLARGE BRIEFING SCHEDULE
AS TO PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT**
**[Docket #23]**

                              ECF No. 26

**(First Request)**

        Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendant, Benjamin Sriqui ("Defendant")

and Plaintiff Baluma S.A. ("Plaintiff"), by and through their undersigned counsel of record, hereby

stipulate as follows and request that the Court enter an order approving this stipulation extending

the briefing schedule on Plaintiff's pending Motion for Summary Judgment (Doc. 23), filed on

February 26, 2021, by seven (7) days as to both Defendant's response to and Plaintiff's reply in

support of the Motion for Summary Judgment. This is the parties' first stipulation and request for

an extension of time relating to the briefing schedule on the Motion for Summary Judgment.

        Defendant's counsel has requested an additional seven (7) days to prepare Defendant's

response to the Motion for Summary Judgment due to the counsel's current schedule and other time

sensitive matters on other cases currently pending or planned. Such a request would make

Defendant's response to the Motion to Dismiss due on or before March 26, 2021. Plaintiff is

agreeable to the requested extension of time as a matter of professional courtesy.

1    The extended response deadline impacts Plaintiff's ability to analyze the response and

2    prepare its reply in support of its Motion for Summary Judgment in the time contemplated by LR

3    7-2(b) due to existing briefing deadlines and conflicts in other matters. Plaintiff has thus requested

4    an additional seven (7) days to prepare its reply, making such a reply due on or before April 16,

5    2021.   Defendant is agreeable to the requested extension of time as a matter of professional

6    courtesy.

7    By this stipulation, the parties do hereby respectfully request that the Court enter an order

8    extending Defendant's deadline to file his response to Plaintiff's Motion for Summary Judgment

9    (Doc. 23) to March 26, 2021, and extending Plaintiff's deadline to file its reply in support of its

10   Motion for Summary Judgment to April 16, 2021.

11

12   DATED this 16th day of March 2021.          DATED this 16th day of March 2021.

13   **GREENBERG TRAURIG, LLP**                  **MESSNER REEVES LLP**

14   */s/ Christopher R. Miltenberger*           */s/ Michael M. Edwards*
     Christopher R. Miltenberger, Esq.           MICHAEL M. EDWARDS., ESQ.
15   Nevada Bar No. 10153                        Nevada Bar No. 6281
     Christian T. Spaulding, Esq.                NICHOLAS L. HAMILTON, ESQ.
16   Nevada Bar No. 14277                        Nevada Bar No. 10893
17   10845 Griffith Peak Drive, Suite 600        8945 West Russell Road, Suite 300
     Las Vegas, NV  89135                        Las Vegas, Nevada  89148
18   miltenbergerc@gtlaw.com                     *Attorneys for Defendant, BENJAMIN SRIQUI*
19   spaudingc@gtlaw.com
     *Counsel for Plaintiff*
20   *Baluma S.A. d/b/a Enjoy Punta del Este Resort &*
     *Casino*

21   <miltenbergerc@gtlaw.com>
     **Sent:** Tuesday, March 16, 2021 3:28 PM
22   **To:** Nick Hamilton <nhamilton@messner.com>          **IT IS SO ORDERED.**
     **Cc:** spauldingc@gtlaw.com; rosehilla@gtlaw.com
23   **Subject:** RE: Baluma v Sriqui

     Nick,
24
     I reworked the stipulation to try to make sure it complied
     with LR IA 6-1, LR IA 6-2, and LR 7-1.  If you are ok with the
     attached version of the stipulation, you may finalize, use my
     e-signature and file the same.                         _____
25                                                           U.S. District Judge Jennifer A. Dorsey
     Let me know if you have any questions.                  Dated: March 17, 2021
26   Thanks,

     Chris Miltenberger
27   Greenberg Traurig, LLP

28   {04703129 / 1}                              - 2 -

     STIPULATION AND ORDER TO ENLARGE BRIEFING SCHEDULE AS TO PLAINTIFF'S MOTION FOR
     SUMMARY JUDGMENT [DOCKET #23]