UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BALUMA, S.A., d/b/a ENJOY PUNTA DEL ESTE & CASINO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BENJAMIN SRIQUI,<br><br>　　　　Defendant. | Case No. 2:20-cv-01424-JAD-EJY<br><br>**ORDER** |

　　Pending before the Court is Messner Reeves LLP's Motion to Withdraw as Counsel for Defendant Benjamin Sriqui. ECF No. 35. Counsel states "that they have reached a substantial impasse in representing Defendant and it is no longer feasible to continue representing him." *Id.* at 2. A review of the docket in this case reveals that no motions are currently pending and the case is closed. Thus, there appears to be no prejudice that will arise from granting the Motion to Withdraw.

　　Accordingly, IT IS HEREBY ORDERED that Messner Reeves LLP's Motion to Withdraw as Counsel for Defendant Benjamin Sriqui (ECF No. 35) is GRANTED.

　　Dated this 24th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE