AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Baluma S.A d/b/a Punta Del Este & Casino,
    Plaintiff,
 v.
Benjamin Sriqui,
    Defendant.

**AMENDED**
JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:20-cv-01424-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Baluma is awarded $44,283.66 in attorneys' fees and costs against defendant Benjamin Sriqui.

4/12/2022
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk